**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: D.R., A MINOR | : | No. 296 WAL 2019 |
| | : | |
| PETITION OF: FAYETTE COUNTY | : | Petition for Allowance of Appeal from |
| CHILDREN AND YOUTH SERVICES | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: A.R., A MINOR | : | No. 297 WAL 2019 |
| | : | |
| PETITION OF: FAYETTE COUNTY | : | Petition for Allowance of Appeal from |
| CHILDREN AND YOUTH SERVICES | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: G.R., A MINOR | : | No. 298 WAL 2019 |
| | : | |
| PETITION OF: FAYETTE COUNTY | : | Petition for Allowance of Appeal from |
| CHILDREN AND YOUTH SERVICES | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: R.R., A MINOR | : | No. 299 WAL 2019 |
| | : | |
| PETITION OF: FAYETTE COUNTY | : | Petition for Allowance of Appeal from |
| CHILDREN AND YOUTH SERVICES | : | the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: C.R., A MINOR | : | No. 300 WAL 2019 |
| | : | |
| PETITION OF: FAYETTE COUNTY | : | Petition for Allowance of Appeal from |
| CHILDREN AND YOUTH SERVICES | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

**AND NOW**, this 18th day of October, 2019, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as stated by petitioner is:

Whether the Superior Court erred on an issue of first impression and substantial public importance by vacating and remanding the trial court's order requiring parents to provide a urine sample for drug testing in an investigation relating to allegations of drug usage by one of the parents.